UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                :

R.B. and A.C.-B, individually and on behalf of :
B.B.,
                                                :

                            Plaintiffs,   :               22-CV-9472 (VSB)
                                                :

                     -against-          :         **ORDER AND NOTICE OF**
                                                :          **INITIAL CONFERENCE**

NEW YORK CITY DEPARTMENT OF       :
EDUCATION                                        :

                                                :
                                 Defendant.   :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      This case has been assigned to me for all purposes.  It is hereby:

      ORDERED that the Court will not be holding an initial pretrial conference.

      IT IS FURTHER ORDERED that, by March 14th, 2023, the parties submit a joint letter,

not to exceed three (3) pages, providing the following information in separate paragraphs:

1.     A brief description of the nature of the action and the principal defenses thereto;

2.     A brief explanation of why jurisdiction and venue lie in this Court.  If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business.  If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

3.     A brief description of all contemplated and/or outstanding motions;

4.     A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5.     A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6.      The estimated length of trial; and

7.      Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that the parties also jointly submit to the Court a proposed case management plan and scheduling order.  A template for the order is available at http://nysd.uscourts.gov/judge/Broderick.  The status letter and the proposed case management plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic Case Filing (ECF) Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

SO ORDERED.

Dated:    February 28, 2023
          New York, New York

_____
Vernon S. Broderick
United States District Judge

2